UNITED STATES, Appellee

v

WILLIAM DAVIS, JR., Private, U. S. Marine Corps, Appellant

18 USCMA 75, 39 CMR 75

No. 21,341

December 20, 1968

*Lieutenant David E. Miller*, JAGC, USNR, was on the pleadings for Appellant, Accused.

*Commander Walter F. Brown*, JAGC, USN, was on the pleadings for Appellee, United States.

### Opinion of the Court

PER CURIAM:

A divided board of review affirmed the accused's conviction by a special court-martial of four specifications of unauthorized absence, in violation of Article 86, Uniform Code of Military Justice, 10 USC § 886. Since the record of trial indicated that the accused was represented by assistant defense counsel in the absence of appointed defense counsel, under circumstances substantially similar to those in United States v Nichelson, 18 USCMA 69, 39 CMR 69, then pending decision, we granted his petition for review. For the reasons set out in our opinion in *Nichelson*, we affirm the decision of the board of review.

Judge DARDEN did not participate in the decision in this case.